Rose Radcliffe, Respondent, v. Fred P. Will and A. V. Elizabeth Will, Appellants. John Radcliffe, Respondent, v. Fred P. Will and A. V. Elizabeth Will, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Rose Radcliffe, Respondent, v. Fred P. Will and A. V. Elizabeth Will, Appellants. John Radcliffe, Respondent, v. Fred P. Will and A. V. Elizabeth Will, Appellants.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Hyman Rosen, Appellant, Respondent, v. Equitable Paper Bag Co., Inc., Respondent, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

William Scheld, Respondent, v. George Winckler, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Fannie Mendelson Shub, Respondent, v. Frances Gerber and Another, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Swift and Company, Inc., Appellant, v. James Stewart & Company, Inc., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P, J.. Hagarty, Carswell, Johnston and Adel, JJ.

Clara Yude, Appellant, v. Joseph Cruise and Another, Defendants; City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 938.] The following question is certified: Was the order denying the application properly made? Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Atlantic Yeast Corporation, Appellant, v. Indemnity Insurance Company of North America, Respondent.— Order dated January 31, 1941, granting reargument and upon reargument adhering to the original decision which, among other things, denied plaintiff's motion for examination of defendant before trial as to item " 3," modified by striking from the second ordering paragraph everything following the word " reargument," and in place thereof inserting a provision granting plaintiff's motion for examination of defendant as to the whole of item " 3 " in addition to the items heretofore granted. As thus modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to the appellant, the examination to proceed on five days' notice. In the opinion of the court the defendant may properly be examined on all matters stated in item " 3." The appeal from the order dated January 9, 1941, is dismissed, without costs. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [See post, p. 1095.]

Celia Blum, Respondent, v. Dorothy Krampner, Doing Business as Auto Discount Co., Appellant.— Appeal by defendant from a judgment in favor of the plaintiff in which it was decreed that a certain judgment for a sum of money is not a lien upon certain real property and restraining the defendant from asserting or enforcing such judgment against the real property, and from the order denying the defendant's motion to vacate and set aside the judgment. Judgment and order